OPINION — AG — **** REPEALER CLAUSES — APPROPRIATION BILLS **** THE LAW OF THE STATE OF OKLAHOMA MAKES NO REQUIREMENT THAT A BILL INCLUDES A GENERAL REPEALER CLAUSE IS UNNECESSARY. IN ORDER FOR A PRIOR APPROPRIATION BILL TO BE REPEALER, AN IRRECONCILABLE CONFLICT WOULD HAVE TO EXIST BETWEEN THE EARLIER AND LATER BILLS, OR THE EARLIER BILL WOULD HAVE TO HAVE BEEN SPECIFICALLY REPEALED BY THE LATER BILL. (W. HOWARD O'BRYAN)